# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

November 26, 2019

**Via ECF**

The Honorable Alison J. Nathan
United States District Court
 For the Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   ***Delacruz v. Best Buy Co., Inc.*, No. 1:19-cv-09860-AJN**
      **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Nathan:

We represent defendant Best Buy Co., Inc. ("Defendant") in the above-referenced action. Pursuant to Rules 1(A) and 1(D) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Emanuel Delacruz ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from November 29, 2019 to December 30, 2019. This is Defendant's first request for an extension of time to file a response to the Complaint.

 SO ORDERED

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

SO ORDERED:

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

11/27/19

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060
United States

+1.212.309.6000
+1.212.309.6001